*E-filed on*   3/22/07

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PAUL D. O'HAIRE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NAPA STATE HOSPITAL, et al.,<br><br>　　　　Defendants. | No. C-07-00002 RMW<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO ENLARGE TIME TO COMPLETE SERVICE<br><br>**[Re Docket No. 7]** |

On February 16, 2007, plaintiff Paul O'Haire, proceeding pro se, filed a motion asking this court for a 45-day enlargement of time to effect service, which otherwise expired on March 5, 2007. Considering plaintiff's limited access to the law library and to mail services, the court finds good cause to extend plaintiff's time to complete service on the defendants.

**ORDER**

Plaintiff's motion to enlarge time to complete service is granted. Plaintiff shall have 45 days from the date of this order to effect service on any remaining defendants.

DATED:   3/21/07

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

ORDER GRANTING PLAINTIFF'S MOTION TO ENLARGE TIME TO COMPLETE SERVICE—No. C-07-00002 RMW
MAG

1 | **This document was mailed on**   <u>  3/22/07  </u>   **to:**

2 | **Plaintiff:**

3 | Paul D. O'Haire
Napa State Hospital
4 | 2100 Napa-Vallejo Hwy., T-15
Napa, CA  94558

7 | Counsel are responsible for distributing copies of this order to co-counsel, as necessary.

10 | **Dated:**    <u>   3/22/07   </u>             <u>     /s/ MAG                        </u>
                                                            **Chambers of Judge Whyte**

*United States District Court*
*For the Northern District of California*

ORDER GRANTING PLAINTIFF'S MOTION TO ENLARGE TIME TO COMPLETE SERVICE—No. C-07-00002 RMW MAG
2