***E-FILED - 11/12/08***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL D. O'HAIRE, ) | No. C 07-0002 RMW (PR) |
| ) | ORDER DENYING MOTION FOR |
| Plaintiff, ) | SUMMONS; GRANTING |
| ) | EXTENSION OF TIME |
| v. ) | |
| ) | |
| NAPA STATE HOSPITAL, et. al., ) | (Docket Nos. 41 & 43) |
| ) | |
| Defendants. ) | |

Good cause appearing, defendants' request for an extension of time, to and including November 13, 2008, in which to file a dispositive motion is GRANTED. Plaintiff's opposition, or statement of non-opposition, will be due on or before December 13, 2008, and defendants **shall** file a reply brief within 14 days of the date any opposition is filed by plaintiff.

Plaintiff's motion for summons is DENIED as moot in light of defendants' October 8, 2008 notice of appearance.

This order terminates Docket Nos. 41 & 43.

IT IS SO ORDERED.

DATED: 11/7/08 for
 RONALD M. WHYTE
 United States District Judge