**\*E-Filed 3/9/09\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PAUL D. O'HAIRE, | NO. C 07-0002 RMW (RS) |
| Plaintiff, | **ORDER RE: PLAINTIFFS' MOTIONS TO COMPEL** |
| v. | |
| NAPA STATE HOSPITAL, et al., | |
| Defendants. | |

On February 25, 2009, *pro se* plaintiff filed two motions to compel discovery without setting a hearing date on this Court's motion calendar. Before the Court can entertain these motions, plaintiff must comply with the notice and service requirements of Civil Local Rule 7-2. That rule requires that all motions must be filed, served on the opposing party, and noticed in writing on the motion calendar of the assigned judge for hearing not less than thirty-five days after service of the motion. Plaintiff shall re-notice and re-serve his motions, and set them for hearing on this Court's calendar.

IT IS SO ORDERED.

Dated: 3/9/09

_____
RICHARD SEEBORG
United States Magistrate Judge

1

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER HAS BEEN GIVEN TO:**

jennifer.bunshoft@doj.ca.gov

lag@anwylaw.com

**AND A COPY OF THIS ORDER WAS MAILED TO:**

Paul D. O'Haire
Napa State Hospital
2100 Napa-Vallejo Highway T-15
Napa, CA 94558-6293

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the Court's CM/ECF program.

**Dated: 3/9/09**                                                          **Richard W. Wieking, Clerk**

                                                                          **By:_____Chambers_____**

2