**E-Filed 4/16/09**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PAUL D. O'HAIRE, | Case No. 5:07 CV 0002 RMW (RS) |
| Plaintiff, | |
| v. | ORDER VACATING ORDER RE: MOTIONS TO COMPEL AND ASSOCIATED HEARING DATE |
| NAPA STATE HOSPITAL, et al., | |
| Defendants. | |

THIS MATTER is before the Court *sua sponte* regarding the order entered by the undersigned on March 9, 2009. That order is hereby vacated.

The March 9, 2009, order directed plaintiff to notice his motions for hearing, and plaintiff has done so. This hearing, however, is no longer necessary and is also vacated.

**IT IS SO ORDERED.**

DATED:    4/16/09

_____
RICHARD SEEBORG
United States Magistrate Judge

ORDER
Case No. 5:07 CV 0002

**THIS IS TO CERTIFY THAT A COPY OF THIS ORDER HAS BEEN MAILED TO:**

**Plaintiff**:
Paul D. O'Haire
Napa State Hospital
2100 Napa-Vallejo Highway T-15
Napa, CA 94558-6293

**Defendants upon whom service has been effected via ECF:**

Jennifer A. Bunshoft        jennifer.bunshoft@doj.ca.gov

Lynn Anne Garcia            lag@anwylaw.com

Dated: April 16, 2009

CHAMBERS OF MAGISTRATE JUDGE RICHARD SEEBORG

By:   Chambers Staff