*E-FILED - 12/8/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL D. O'HAIRE, | No. C 07-0002 RMW (PR) |
|     Plaintiff, | ORDER GRANTING DEFENDANTS' ENLARGEMENT OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT |
|     v. | |
| NAPA STATE HOSPITAL, et al., | |
|     Defendants. | (Docket No. 100) |

Defendants have requested an extension of time in which to file a motion summary judgment. Having read and considered defendants' request and good cause appearing,

IT IS HEREBY ORDERED that defendants' request for an extension of time is GRANTED. The time in which defendants may file their motion for summary judgment will be extended up to and including **December 3, 2009**. Plaintiff's opposition to the dispositive motion shall be filed with the court and served on defendants no later than **thirty (30) days** after the date defendants' motion is filed. If defendants wish to file a reply brief, they shall do so no later than **fifteen (15) days** after the date plaintiff's opposition is filed.

///

///

///

Order Granting Defendants' Enlargement of Time to file Motion for Summary Judgment
P:\PRO-SE\SJ.Rmw\CR.07\OHaire002eot2.wpd

1   This order terminates docket no. 100.

2   IT IS SO ORDERED.

3   Dated: 12/7/09

*Ronald M. Whyte*

RONALD M. WHYTE
United States District Judge

Order Granting Defendants' Enlargement of Time to file Motion for Summary Judgment
P:\PRO-SE\SJ.Rmw\CR.07\OHaire002eot2.wpd       2