*E-FILED - 2/9/10*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL D. O'HAIRE,<br><br>    Plaintiff,<br><br>  v.<br><br>NAPA STATE HOSPITAL, et. al.,<br><br>    Defendants. | No. C 07-0002 RMW (PR)<br><br>ORDER GRANTING MOTION FOR ENLARGEMENT OF TIME; DENYING MOTION TO COMPEL RESPONSE TO DISCOVERY<br><br>(Docket Nos. 115, 116) |

    Plaintiff, proceeding pro se, filed the instant civil rights complaint pursuant to 42 U.S.C. § 1983. On December 23, 2009, plaintiff filed a motion for enlargement of time in which to oppose defendants' motion for summary judgment. Good cause being shown, plaintiff's motion is GRANTED. Plaintiff's opposition shall be filed within **thirty days** of the filing date of this order. Defendants shall file their reply **fifteen days** thereafter.

    On January 4, 2010, plaintiff filed a motion to compel response to pending discovery. On January 5, 2010, the court denied plaintiff's previous motions to compel discovery. In the present motion, plaintiff raised nothing new that was not previously considered in the court's January 5 order. Accordingly, for the reasons stated in the court's January 5, 2010 order, plaintiff's motion to compel is DENIED.

1   This order terminates docket numbers 115 and 116.
2   IT IS SO ORDERED.
3   DATED: 2/8/10

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Order Granting Motion for Enlargement of Time; Denying Motion to Compel Response to Discovery
P:\PRO-SE\SJ.Rmw\CR.07\OHaire002misc2.wpd    2