***E-FILED - 3/24/10***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL D. O'HAIRE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>NAPA STATE HOSPITAL, et al.,<br><br>　　　　Defendants.<br>_____/ | No. C 07-0002 RMW (PR)<br><br>ORDER GRANTING PLAINTIFF'S APPLICATION FOR ENLARGEMENT OF TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT<br><br>(Docket Nos. 120, 121) |

Good cause appearing, plaintiff is hereby GRANTED an enlargement of time in which to file his opposition to defendants' motion for summary judgment.

Plaintiff shall file his opposition to defendants' motion for summary judgment **no later than March 12, 2010**. Defendants shall file a reply brief no later than **fifteen (15) days** after the date plaintiff's opposition is filed.

This order terminates docket nos. 120, 121.

IT IS SO ORDERED.

Dated: 3/23/10

_Ronald M. Whyte_
RONALD M. WHYTE
United States District Judge

Order Granting Plaintiff's Application for Enlargement of Time to File Opposition to Defendants' Motion for Summary Judgment
P:\PRO-SE\SJ.Rmw\CR.07\OHaire002.EOT.wpd