*E-FILED - 6/24/10*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PAUL D. O'HAIRE,<br><br>                              Plaintiff,<br><br>v.<br><br>NAPA STATE HOSPITAL, et al.,<br><br>                              Defendants. | C07-00002 RMW<br><br>[] ORDER GRANTING DEFENDANTS' APPLICATION TO ENLARGE TIME TO FILE A REPLY TO PLAINTIFF'S OPPOSITION RE SUMMARY JUDGMENT<br><br>Date Action Filed: December 29, 2006<br>Courtroom:  6 - 4th Floor<br><br>HONORABLE RONALD M. WHYTE |

   Defendants' Application to enlarge time to file a Reply Brief to Plaintiff's Opposition re Defendants' Motion for Summary Judgment is GRANTED.  Defendants shall file their Reply Brief no later than April 23, 2010.

   This Order terminates docket no. _____.

   IT IS SO ORDERED.

Dated:  6/23/10

_____
RONALD M. WHYTE
United States District Judge