UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PAUL D. O'HAIRE,

    Plaintiff,                                       No.C 07-0002 RMW/NJV

  v.                                           WRIT OF HABEAS CORPUS
                                                  AD TESTIFICANDUM

NAPA STATE HOSPITAL et al.,

    Defendants.
_____/

It is hereby ordered that the Clerk of Court issue a Writ of Habeas Corpus Ad Testificandum for the person of Paul D. O'Haire whose place of custody and jailor are set forth in the Writ, attached hereto, as the presence of the said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required.  The United States Marshals Service shall serve said Writ upon the Director of Napa State Hospital.

Dated: January 7, 2011

                                          _____
                                          NANDOR J. VADAS
                                          United States Magistrate Judge

THE PRESIDENT OF THE UNITED STATES OF AMERICA

    TO:    DIRECTOR, NAPA STATE HOSPITAL

GREETING

    WE COMMAND that you have and produce the body of Paul D. O'Haire in your custody in the hereinabove-mentioned Institution, before the United States District Court on February 1, 2011at 9:00 a.m. at Solano State Prison in order that said prisoner may then and there participate in the SETTLEMENT CONFERENCE in the matter of O'Haire v. Napa State Hospital, and at the termination of said hearing return him forthwith to said hereinabove-mentioned institution, or abide by such order of the above-entitled Court as shall thereafter be

writ ad test

made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings for which his testimony is required in this Court.  **To the extent possible, Inmate O'Haire shall be transported to Solano for the settlement conference and returned to Napa State Hospital on the same day.  To the extent that same-day transport is not possible, Plaintiff shall be transported to Solano and returned to Napa State Hospital without any change in his bed/housing status.**

Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District Court for the Northern District of California.

Dated: January 7, 2011

RICHARD WIEKING
CLERK. UNITED STATES DISTRICT COURT

By: *Gloria Masterson*
DEPUTY CLERK

Dated:  January 7, 2011



IT IS SO ORDERED

_____
NJV
Magistrate Judge

writ ad test