**United States District Court**

For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PAUL D. O'HAIRE,                                        No. C-07-00002 RMW

            Plaintiff(s),                                    ORDER VACATING WRIT OF HABEAS
                                                             CORPUS AD TESTIFICANDUM TO
      v.                                                     TRANSPORT PAUL O'HAIRE TO SOLANO
                                                             STATE PRISON FOR SETTLEMENT
NAPA STATE HOSPITAL, ET AL,                                  CONFERENCE FEBRUARY 1, 2011

            Defendant(s).
_____/

            The Writ of Habeas Corpus Ad Testificandum filed January 10, 2011 to transport Plaintiff

Paul O'Haire for settlement conference at Solano State Prison on February 1, 2011 is hereby

VACATED.

Dated: January 25, 2011

                                                      NANDOR _____ te Judge

                                                      IT IS SO ORDERED

                                                      Judge Nandor J. Vadas

1

2

3          UNITED STATES DISTRICT COURT

4          NORTHERN DISTRICT OF CALIFORNIA

5

O'Haire                                                No.  C 07-0002 RMW

6

7    v.                                                 CERTIFICATE OF SERVICE

Napa State Hospital

8    _____/

9    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S.
     District Court, Northern District of California.

10

That on January 27, 2011, I SERVED a true and correct copy of the attached, by placing
11   said copy in a postage paid envelope addressed to the person(s) listed below, by
     depositing said envelope in the U.S. Mail; or by placing said copy into an inter-office
12   delivery receptacle located in the Office of the Clerk.

13   **D. O'Haire**
     Napa State Hospital
14   2100 Napa-Vallejo Highway T-12
     Napa, CA 94558-6293
15

16

17

18                                         RICHARD W. WIEKING, CLERK

19

20                                         By:/s/_____
                                              Deputy Clerk
21

22

23

24

25

26

27

28

United States District Court
For the Northern District of California

2