*E-FILED - 6/3/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PAUL D. O'HAIRE, | ) | No. C 07-0002 RMW (PR) |
| | ) | |
| Plaintiff, | ) | ORDER REFERRING PLAINTIFF TO FEDERAL PRO BONO PROJECT AND STAYING PROCEEDINGS PENDING APPOINTMENT OF COUNSEL |
| v. | ) | |
| | ) | |
| NAPA STATE HOSPITAL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

The plaintiff having requested and being in need of counsel to assist him in this matter, and good and just cause appearing, plaintiff shall be referred to the Federal Pro Bono Project in the manner set forth below:

(1) The clerk shall forward to the Federal Pro Bono Project: (a) a copy of this order, (b) a copy of the docket sheet, and (c) a copy of the operative complaint and relevant court orders.

(2) Upon an attorney being located to represent plaintiff, that attorney shall be appointed as counsel for plaintiff in this matter until further order of the court.

(3) All proceedings in this action are stayed until four weeks from the date an attorney is appointed to represent plaintiff in this action.

IT IS SO ORDERED.

DATED: 6/3/11

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Order Referring Plaintiff to Federal Pro Bono Project and Staying Proceedings Pending Appointment of Counsel
P:\PRO-SE\SJ.Rmw\CR.07\Ohaire002apptatty.wpd