IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PAUL D. O'HAIRE, | ) | No. C 07-0002 RMW (PR) |
| Plaintiff, | ) | ORDER APPOINTING COUNSEL |
| vs. | ) | |
| NAPA STATE HOSPITAL, et al., | ) | |
| Defendants. | ) | |

Plaintiff being in need of counsel to assist him in this matter, and volunteer attorneys willing to be appointed to represent plaintiff having been located by the court,

IT IS HEREBY ORDERED THAT Ross Allen, Esq., of the law firm Kilpatrick Townsend & Stockton, LLP, is appointed as counsel for plaintiff in this matter pursuant to 28 U.S.C. § 1915(e)(1) and the court's Federal Pro Bono Project guidelines.

A status conference is set in this matter for **December 2, 2011 at 10:30 a.m.** to set pretrial and trial dates. The parties are instructed to file a Joint Status Conference Statement, pursuant to Civil L.R. 16-9, seven days prior to the conference. **The stay of this matter shall remain in effect until four weeks from the date this order is filed.**

The clerk shall serve newly appointed counsel, as well as the parties, with a copy of this order, and shall update the docket sheet in this matter to reflect plaintiff's new counsel.

IT IS SO ORDERED.

DATED: _____

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Order Appointing Counsel
P:\pro-se\sj.rmw\cr.07\Ohaire002apptatty

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

PAUL D. O'HAIRE,

        Plaintiff,

  v.

NAPA STATE HOSPITAL, ET AL et al,

        Defendant.

Case Number: CV07-00002 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 24, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Paul D. O'Haire
Napa State Hospital
2100 Napa-Vallejo Highway T-12
Napa, CA 94558-6293

Dated: October 24, 2011

                              Richard W. Wieking, Clerk
                              By: Jackie Lynn Garcia, Deputy Clerk