**E-FILED 2/29/2012**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PAUL D. O'HAIRE,<br><br>Plaintiff,<br><br>v.<br><br>NAPA STATE HOSPITAL, *et al.*<br><br>Defendants. | Case No. C 07-0002 RMW (PR)<br><br>**[] ORDER GRANTING STIPULATED REQUEST FOR ORDER CHANGING TIME PURSUANT TO CIVIL L.R. 6-12** |

PURSUANT TO STIPULATION, IT IS SO ORDERED that: (1) the parties' deadline to file a Joint Case Management Statement shall be extended to Friday, April 27, 2012; and (2) the Updated Case Management Conference shall be continued to May 4, 2012.

DATED: 2/29/2012

By: *Ronald M. Whyte*
The Honorable Ronald M. Whyte
United States District Judge

64001674 v1



[] ORDER GRANTING STIPULATED REQUEST FOR ORDER CHANGING TIME
CASE NO. C 07-0002 RMW (PR)