UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

CIVIL MINUTES

| | | |
|---|---|---|
| Case Nos. C-07-00002-RMW | JUDGE: Ronald M. Whyte | DATE: December 2, 2011<br>TIME IN: 10 mins. |

O'HAIRE  -V- NAPA STATE HOSPITAL, et al.
Title

| | |
|---|---|
| G. Allen, S. Moore | E. Edwards |
| Attorneys Present (Plaintiff) | Attorneys Present (Defendant) |
| COURT CLERK: Jackie Garcia | COURT REPORTER: Not Reported |

PROCEEDINGS

CASE MANAGEMENT CONFERENCE

**ORDER AFTER HEARING**

Hearing Held. The defendants shall provide the plaintiff's counsel with the medical records of the plaintiff. Plaintiff to review the medical records and evaluate if further discovery is needed. A Further Case Management Conference is set for 3/2/12 @ 10:30 AM. A Joint Case Management Statement shall be filed by 2/24/11. The parties are authorized to arrange a further settlement conference with Magistrate Judge Vadas.