KILPATRICK TOWNSEND & STOCKTON LLP
GARY ROSS ALLEN (CA Bar No. 262968)
grallen@kilpatricktownsend.com
1080 Marsh Road
Menlo Park, CA  94025
Telephone:   (650) 326-2400
Facsimile:    (650) 326-2422

STEVEN D. MOORE (*pro hac vice*)
smoore@kilpatricktownsend.com
Two Embarcadero Center, 8th Floor
San Francisco, CA  94111
Telephone:   (415) 576-0200
Facsimile:    (415) 576-0300

Attorneys for Plaintiff
PAUL D. O'HAIRE

ATTORNEY GENERAL OF CALIFORNIA
KAMALA D. HARRIS
ELIZABETH EDWARDS (CA Bar No. 103448)
beth.edwards@doj.ca.gov
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone:   (415) 703-5536
Facsimile:    (415) 703-5480

Attorney for Defendants
DAVE GRAZIANI; MOHINDER KAUR, M.D.;
MAJID YASAIE, PH.D.; REGGIE OTT; and
DEBBIE WEAKLEY

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| PAUL D. O'HAIRE,<br><br>    Plaintiff,<br><br>    v.<br><br>NAPA STATE HOSPITAL, ET AL.,<br><br>    Defendants. | Civil Action No. C 07-0002 RMW (PR)<br><br>**[] ORDER GRANTING<br>JOINT STIPULATION TO CONTINUE<br>CASE MANAGEMENT CONFERENCE**<br><br>Date:     Friday, July 6, 2012<br>Time:    10:30 a.m.<br>Ctrm.:    6, 4th Floor<br>Judge:   Honorable Ronald M. Whyte |

For the reasons set forth in the Parties' joint stipulated request, it is hereby ordered that the Case Management Conference before Hon. Ronald M. Whyte currently set for Friday, July 6, 2012 at 10:30 a.m. is continued. The Case Management Conference is reset to September 7, 2012 at 10:30 a.m.

IT IS SO ORDERED.

Dated: _____, 2012        /s/ Ronald M. Whyte
                                                       Hon. Ronald M. Whyte

3640289v.1

[] ORDER GRANTING JOINT STIPULATION TO CONTINUE CMC                                                     - 1 -
CASE NO. C 07-0002 RMW (PR)