| | |
|---|---|
| KILPATRICK TOWNSEND & STOCKTON LLP<br>GARY ROSS ALLEN (CA Bar No. 262968)<br>grallen@kilpatricktownsend.com<br>1080 Marsh Road<br>Menlo Park, CA  94025<br>Telephone:   (650) 326-2400<br>Facsimile:    (650) 326-2422<br><br>STEVEN D. MOORE (*pro hac vice*)<br>smoore@kilpatricktownsend.com<br>Two Embarcadero Center, 8th Floor<br>San Francisco, CA  94111<br>Telephone:   (415) 576-0200<br>Facsimile:    (415) 576-0300<br><br>Attorneys for Plaintiff<br>PAUL D. O'HAIRE | ATTORNEY GENERAL OF CALIFORNIA<br>KAMALA D. HARRIS<br>ELIZABETH EDWARDS (CA Bar No. 103448)<br>beth.edwards@doj.ca.gov<br>Deputy Attorney General<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102-7004<br>Telephone:   (415) 703-5536<br>Facsimile:    (415) 703-5480<br><br>Attorney for Defendants<br>DAVE GRAZIANI; MOHINDER KAUR, M.D.;<br>MAJID YASAIE, PH.D.; REGGIE OTT; and<br>DEBBIE WEAKLEY |

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| PAUL D. O'HAIRE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NAPA STATE HOSPITAL, ET AL.,<br><br>　　　　Defendants. | Civil Action No. C 07-0002 RMW (PR)<br><br>**[] ORDER GRANTING<br>JOINT STIPULATION TO CONTINUE<br>CASE MANAGEMENT CONFERENCE**<br><br>Date:      Friday, July 6, 2012<br>Time:     10:30 a.m.<br>Ctrm.:     6, 4th Floor<br>Judge:    Honorable Ronald M. Whyte |

　　　　For the reasons set forth in the Parties' joint stipulated request, it is hereby ordered that the Case Management Conference before Hon. Ronald M. Whyte currently set for Friday, July 6, 2012 at 10:30 a.m. is continued. [The Case Management Conference is reset to September 7, 2012 at 10:30 a.m.]

IT IS SO ORDERED.

Dated: _____, 2012      /s/ Ronald M. Whyte
　　　　　　　　　　　　　　　　　　Hon. Ronald M. Whyte

3640289v.1

[] ORDER GRANTING JOINT STIPULATION TO CONTINUE CMC       - 1 -
CASE NO. C 07-0002 RMW (PR)