| | |
|---|---|
| KILPATRICK TOWNSEND & STOCKTON LLP<br>SARA B. GIARDINA (State Bar No. 278954)<br>Two Embarcadero Center, 8th Floor<br>San Francisco, CA 94111<br>Telephone:  (415) 576-0200<br>Facsimile:  (415) 576-0300<br>Email: sgiardina@kilpatricktownsend.com<br><br>STEVEN D. MOORE (*pro hac vice*)<br>smoore@kilpatricktownsend.com<br>Two Embarcadero Center, 8th Floor<br>San Francisco, CA 94111<br>Telephone:  (415) 576-0200<br>Facsimile:  (415) 576-0300<br><br>Attorneys for Plaintiff<br>PAUL D. O'HAIRE | ATTORNEY GENERAL OF CALIFORNIA<br>KAMALA D. HARRIS<br>ELIZABETH EDWARDS (CA Bar No. 103448)<br>beth.edwards@doj.ca.gov<br>Deputy Attorney General<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102-7004<br>Telephone:  (415) 703-5536<br>Facsimile:   (415) 703-5480<br><br>Attorney for Defendants<br>DAVE GRAZIANI; MOHINDER KAUR, M.D.;<br>MAJID YASAIE, PH.D.; REGGIE OTT; and<br>DEBBIE WEAKLEY |

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| PAUL D. O'HAIRE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NAPA STATE HOSPITAL, ET AL.,<br><br>　　　　Defendants. | Civil Action No. C 07-0002 RMW (PR)<br><br>**[] ORDER GRANTING<br>REQUEST TO CONTINUE CASE<br>MANAGEMENT CONFERENCE**<br><br>Date:　　Friday, October 26, 2012<br>Time:　　10:30 a.m.<br>Ctrm.:　　6, 4th Floor<br>Judge:　　Honorable Ronald M. Whyte |

For the reasons set forth in the parties' joint request, it is hereby ordered that the Case Management Conference before Hon. Ronald M. Whyte currently set for Friday, October 26, 2012 at 10:30 a.m. is continued to _____, 2012.

IT IS SO ORDERED.

Dated: _____, 2012　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Hon. Ronald M. Whyte

3945302v.1

[] ORDER GRANTING REQUEST TO CONTINUE CMC　　　　　　　　　　　　　　　　　　- 1 -
CASE NO. C 07-0002 RMW (PR)