KILPATRICK TOWNSEND & STOCKTON LLP
SARA B. GIARDINA (State Bar No. 278954)
Two Embarcadero Center, 8th Floor
San Francisco, CA 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
Email: sgiardina@kilpatricktownsend.com

STEVEN D. MOORE (*pro hac vice*)
1001 West Fourth Street
Winston-Salem, NC 27101-2400
Telephone: (336) 607-7300
Facsimile: (336) 607-7500
Email: smoore@kilpatricktownsend.com

Attorneys for Plaintiff
PAUL D. O'HAIRE

ATTORNEY GENERAL OF CALIFORNIA
KAMALA D. HARRIS
ELIZABETH EDWARDS (CA Bar No. 103448)
beth.edwards@doj.ca.gov
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5536
Facsimile: (415) 703-5480

Attorney for Defendants
DAVE GRAZIANI; MOHINDER KAUR, M.D.;
MAJID YASAIE, PH.D.; REGGIE OTT; and
DEBBIE WEAKLEY

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| PAUL D. O'HAIRE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NAPA STATE HOSPITAL, ET AL.,<br><br>　　　　Defendants. | Civil Action No. C 07-0002 RMW (PR)<br><br>**[] ORDER GRANTING REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Date:　　Friday, February 8, 2013<br>Time:　　10:30 a.m.<br>Ctrm.:　　6, 4th Floor<br>Judge:　　Honorable Ronald M. Whyte |

For the reasons set forth in the parties' joint request, it is hereby ordered that the Case Management Conference before Hon. Ronald M. Whyte currently set for Friday, February 8, 2013 at 10:30 a.m. is continued to March 2; , 2013.

IT IS SO ORDERED.

Dated: _____, 2013

　　　　　　　　　　　　　　　　　　*Ronald M. Whyte*
　　　　　　　　　　　　　　　　　　Hon. Ronald M. Whyte

[] ORDER GRANTING REQUEST TO CONTINUE CMC
CASE NO. C 07-0002 RMW (PR)
　　　　　　　　　　　　　　　　　　　　　　　　- 1 -