UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| PAUL D. O'HAIRE,<br><br>    Plaintiff,<br><br>    v.<br><br>NAPA STATE HOSPITAL, et al.,<br><br>    Defendants.<br>_____/ | No. C 07-0002 RMW (NJV)<br><br>ORDER VACATING SETTLEMENT CONFERENCE IN PRO SE PRISONER EARLY SETTLEMENT PROGRAM |

Pursuant to the status conference held in this case on February 26, 2013, the settlement conference scheduled for 1:00 p.m. on March 8, 2013, at Napa State Hospital, is HEREBY VACATED.

IT IS SO ORDERED.

Dated: February 26, 2013

                                    NANDOR J. VADAS
                                    United States Magistrate Judge