| | |
|---|---|
| KILPATRICK TOWNSEND & STOCKTON LLP<br>SARA B. GIARDINA (State Bar No. 278954)<br>Two Embarcadero Center, 8th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 576-0200<br>Facsimile: (415) 576-0300<br>Email: sgiardina@kilpatricktownsend.com<br><br>STEVEN D. MOORE (*pro hac vice*)<br>1001 West Fourth Street<br>Winston-Salem, NC 27101-2400<br>Telephone: (336) 607-7300<br>Facsimile: (336) 607-7500<br>Email: smoore@kilpatricktownsend.com<br><br>Attorneys for Plaintiff<br>PAUL D. O'HAIRE | ATTORNEY GENERAL OF CALIFORNIA<br>KAMALA D. HARRIS<br>ELIZABETH EDWARDS (CA Bar No. 103448)<br>beth.edwards@doj.ca.gov<br>Deputy Attorney General<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102-7004<br>Telephone: (415) 703-5536<br>Facsimile: (415) 703-5480<br><br>Attorney for Defendants<br>DAVE GRAZIANI; MOHINDER KAUR, M.D.;<br>MAJID YASAIE, PH.D.; REGGIE OTT; and<br>DEBBIE WEAKLEY |

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| PAUL D. O'HAIRE,<br><br>    Plaintiff,<br><br>v.<br><br>NAPA STATE HOSPITAL, ET AL.,<br><br>    Defendants. | Civil Action No. C 07-0002 RMW (PR)<br><br>**[] ORDER GRANTING REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Date: Friday, March 29, 2013<br>Time: 10:30 a.m.<br>Ctrm.: 6, 4th Floor<br>Judge: Honorable Ronald M. Whyte |

For the reasons set forth in the parties' joint request, it is hereby ordered that the Case Management Conference before Hon. Ronald M. Whyte currently set for Friday, March 29, 2013 at 10:30 a.m. is continued to April 26, 2013.

IT IS SO ORDERED.

Dated: _____, 2013

_____
Hon. Ronald M. Whyte

4446094V.1