1  KILPATRICK TOWNSEND & STOCKTON LLP
   SARA B. GIARDINA (State Bar No. 278954)
   Two Embarcadero Center, 8th Floor
   San Francisco, CA 94111
   Telephone: (415) 576-0200
   Facsimile: (415) 576-0300
   Email: sgiardina@kilpatricktownsend.com

   STEVEN D. MOORE (*pro hac vice*)
   1001 West Fourth Street
   Winston-Salem, NC 27101-2400
   Telephone: (336) 607-7300
   Facsimile: (336) 607-7500
   Email: smoore@kilpatricktownsend.com

   Attorneys for Plaintiff
   PAUL D. O'HAIRE

   ATTORNEY GENERAL OF CALIFORNIA
   KAMALA D. HARRIS
   ELIZABETH EDWARDS (CA Bar No. 103448)
   beth.edwards@doj.ca.gov
   Deputy Attorney General
   455 Golden Gate Avenue, Suite 11000
   San Francisco, CA 94102-7004
   Telephone: (415) 703-5536
   Facsimile: (415) 703-5480

   Attorney for Defendants
   DAVE GRAZIANI; MOHINDER KAUR, M.D.;
   MAJID YASAIE, PH.D.; REGGIE OTT; and
   DEBBIE WEAKLEY

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| PAUL D. O'HAIRE, <br><br> Plaintiff, <br><br> v. <br><br> NAPA STATE HOSPITAL, ET AL., <br><br> Defendants. | Civil Action No. C 07-0002 RMW (PR) <br><br> [] ORDER GRANTING REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE <br><br> Date: Friday, March 29, 2013 <br> Time: 10:30 a.m. <br> Ctrm.: 6, 4th Floor <br> Judge: Honorable Ronald M. Whyte |

For the reasons set forth in the parties' joint request, it is hereby ordered that the Case Management Conference before Hon. Ronald M. Whyte currently set for Friday, March 29, 2013 at 10:30 a.m. is continued to April 26, 2013.

IT IS SO ORDERED.

Dated: _____, 2013

_____
Hon. Ronald M. Whyte

4446094V.1