1  KILPATRICK TOWNSEND &
   STOCKTON LLP
2  SARA B. GIARDINA (State Bar No. 278954)
   Two Embarcadero Center, 8th Floor
3  San Francisco, CA 94111
   Telephone: (415) 576-0200
4  Facsimile:  (415) 576-0300
   Email: sgiardina@kilpatricktownsend.com
5
   STEVEN D. MOORE (*pro hac vice*)
6  1001 West Fourth Street
   Winston-Salem, NC  27101-2400
7  Telephone:  (336) 607-7300
   Facsimile:  (336) 607-7500
8  Email: smoore@kilpatricktownsend.com
9
   Attorneys for Plaintiff
10 PAUL D. O'HAIRE

   ATTORNEY GENERAL OF CALIFORNIA
   KAMALA D. HARRIS
   ELIZABETH EDWARDS (CA Bar No. 103448)
   beth.edwards@doj.ca.gov
   Deputy Attorney General
   455 Golden Gate Avenue, Suite 11000
   San Francisco, CA 94102-7004
   Telephone:  (415) 703-5536
   Facsimile:  (415) 703-5480

   Attorney for Defendants
   DAVE GRAZIANI; MOHINDER KAUR, M.D.;
   MAJID YASAIE, PH.D.; REGGIE OTT; and
   DEBBIE WEAKLEY

   E-FILING

11            **UNITED STATES DISTRICT COURT**

12        **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

13                    **SAN JOSE DIVISION**

14 PAUL D. O'HAIRE,                          Civil Action No. C 07-0002 RMW (PR)

15            Plaintiff,                       **[] ORDER GRANTING
                                               REQUEST TO CONTINUE CASE
16       v.                                    MANAGEMENT CONFERENCE**

17 NAPA STATE HOSPITAL, ET AL.,              Date:   Friday, June 28, 2013
                                             Time:   10:30 a.m.
18            Defendants.                     Ctrm.:  6, 4th Floor
                                             Judge:  Honorable Ronald M. Whyte
19

20         For the reasons set forth in the parties' joint request, it is hereby ordered that the Case

21 Management Conference before Hon. Ronald M. Whyte currently set for Friday, June 28, 2013 at

22 10:30 a.m. is continued to August 2, 2013.

23 IT IS SO ORDERED.

24 Dated: _____, 2013        _____
                                        *Ronald M. Whyte*
25                                        Hon. Ronald M. Whyte

26 4704545V.1

27

28