1 | KILPATRICK TOWNSEND &

ATTORNEY GENERAL OF CALIFORNIA
STOCKTON LLP
KAMALA D. HARRIS

2 | SARA B. GIARDINA (State Bar No. 278954)
ELIZABETH EDWARDS (CA Bar No. 103448)
Two Embarcadero Center, 8th Floor
beth.edwards@doj.ca.gov

3 | San Francisco, CA 94111
Deputy Attorney General
Telephone: (415) 576-0200
455 Golden Gate Avenue, Suite 11000

4 | Facsimile:  (415) 576-0300
San Francisco, CA 94102-7004
Email: sgiardina@kilpatricktownsend.com
Telephone:  (415) 703-5536

5 | Facsimile:   (415) 703-5480

6 | STEVEN D. MOORE (*pro hac vice*)
1001 West Fourth Street
Attorney for Defendants

7 | Winston-Salem, NC  27101-2400
DAVE GRAZIANI; MOHINDER KAUR, M.D.;
Telephone:  (336) 607-7300
MAJID YASAIE, PH.D.; REGGIE OTT; and

8 | Facsimile:   (336) 607-7500
DEBBIE WEAKLEY
Email: smoore@kilpatricktownsend.com

9

10 | Attorneys for Plaintiff
PAUL D. O'HAIRE

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| PAUL D. O'HAIRE, | Civil Action No. C 07-0002 RMW (PR) |
| Plaintiff, | **[] ORDER GRANTING REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| v. | |
| NAPA STATE HOSPITAL, ET AL., | Date:      Friday, August 2, 2013 |
| | Time:     10:30 a.m. |
| Defendants. | Ctrm.:    6, 4th Floor |
| | Judge:    Honorable Ronald M. Whyte |

For the reasons set forth in the parties' joint request, it is hereby ordered that the Case

Management Conference before Hon. Ronald M. Whyte currently set for Friday, August 2, 2013

at 10:30 a.m. is continued to September 13, 2013.

IT IS SO ORDERED.

Dated: _____, 2013

_____
Hon. Ronald M. Whyte

4773950V.1