| | |
|---|---|
| KAMALA D. HARRIS<br>Attorney General of California<br>SUSAN M. CARSON<br>Supervising Deputy Attorney General<br>ELIZABETH EDWARDS<br>Deputy Attorney General<br>State Bar No. 103448<br> 455 Golden Gate Avenue, Suite 11000<br> San Francisco, CA  94102-7004<br> Telephone:  (415) 703-5536<br> Fax:  (415) 703-5480<br> E-mail:  Beth.Edwards@doj.ca.gov<br><br>*Attorneys for California Department of Mental Health Defendants D. Graziani, D. Thomas, M.D., D. Weakley, M. Kaur M.D., R. Ott, and M. Yasaie, Ph.D* | KILPATRICK TOWNSEND & STOCKTON LLP<br>SARA B. GIARDINA (State Bar No. 278954)<br>Two Embarcadero Center, 8th Floor<br>San Francisco, CA 94111<br>Telephone:  (415) 576-0200<br>Facsimile:   (415) 576-0300<br>Email:  sgiardina@kilpatricktownsend.com<br><br>STEVEN D. MOORE (*pro hac vice*)<br>1001 West Fourth Street<br>Winston-Salem, NC  27101-2400<br>Telephone: (336) 607-7300<br>Facsimile: (336) 607-7500<br>Email:  smoore@kilpatricktownsend.com<br><br>*Attorneys for Plaintiff Paul D. O'Haire* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **PAUL D. O'HAIRE,**<br><br>                                    Plaintiff,<br><br>v.<br><br>**NAPA STATE HOSPITAL,** *et al.*,<br><br>                                    Defendants. | C07-00002 RMW<br><br>**[] ORDER GRANTING JOINT REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Date:     Friday, November 15, 2013<br>Time:    10:30 a.m.<br>Ctrm.:    6, 4th Floor<br>Judge:   Honorable Ronald M. Whyte |

For the reasons set forth in the parties' joint request, it is hereby ordered that the Case Management Conference before Honorable Ronald M. Whyte, currently set for Friday, November 15, 2013, at 10:30 a.m., is continued to Friday, December 20, 2013.

IT IS SO ORDERED.

Dated: __11/13__, 2013

_____
HONORABLE RONALD M. WHYTE

---

1