| | |
|---|---|
| KILPATRICK TOWNSEND & STOCKTON LLP<br>SARA B. GIARDINA (State Bar No. 278954)<br>Two Embarcadero Center, 8th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 576-0200<br>Facsimile: (415) 576-0300<br>Email: sgiardina@kilpatricktownsend.com<br><br>STEVEN D. MOORE (*pro hac vice*)<br>1001 West Fourth Street<br>Winston-Salem, NC 27101-2400<br>Telephone: (336) 607-7300<br>Facsimile: (336) 607-7500<br>Email: smoore@kilpatricktownsend.com<br><br>Attorneys for Plaintiff<br>PAUL D. O'HAIRE | ATTORNEY GENERAL OF CALIFORNIA<br>KAMALA D. HARRIS<br>ELIZABETH EDWARDS (CA Bar No. 103448)<br>beth.edwards@doj.ca.gov<br>Deputy Attorney General<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102-7004<br>Telephone: (415) 703-5536<br>Facsimile: (415) 703-5480<br><br>Attorney for Defendants<br>DAVE GRAZIANI; MOHINDER KAUR, M.D.;<br>MAJID YASAIE, PH.D.; REGGIE OTT; and<br>DEBBIE WEAKLEY |

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| PAUL D. O'HAIRE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NAPA STATE HOSPITAL, et al.,<br><br>　　　　Defendants. | Civil Action No. C 07-0002 RMW (PR)<br><br>**JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel that the above-captioned action is voluntarily dismissed with prejudice against all defendants pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

**ATTESTATION CLAUSE REGARDING SIGNATURES**

Pursuant to Local Rule 5-1(i)(3) regarding signatures, I attest under penalty of perjury that I have on file permission to sign for counsel, as indicated by a "confirmed" signature (/s/) within the e-filed document.

1 | DATED: June 25, 2014            Respectfully submitted,

2 | KILPATRICK TOWNSEND & STOCKTON LLP

3

4 | By: /s/ *Sara B. Giardina*
       SARA B. GIARDINA

5

6 | Attorney for Plaintiff
    PAUL D. O'HAIRE

7

8 | DATED: June 25, 2014            Respectfully submitted,

9 | DEPUTY ATTORNEY GENERAL

10

11 | By: /s/ *Elizabeth Edwards*
        ELIZABETH EDWARDS

12

13 | Attorney for Defendants
     DAVE GRAZIANI; MOHINDER KAUR, M.D.;
     MAJID YASAIE, PH.D.; REGGIE OTT; and

14 | DEBBIE WEAKLEY

15

16 | PURSUANT TO STIPULATION, IT IS SO ORDERED.

17

18 | DATED: Ï Ð_____, 2014      *Ronald M. Whyte*
                                         HONORABLE RONALD M. WHYTE

19 | 5690552V.1

20

...

28 | JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE            - 2 -
     CASE NO. C 07-0002 RMW (PR)